# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-2339

_____

Narendra Sharma

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 30, 2025
Filed: June 17, 2025
[Unpublished]

_____

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Narendra Sharma appeals the district court's[1] adverse grant of summary judgment in his pro se suit seeking a tax refund. After a careful review, we affirm for

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B;  <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo review).

_____